Decided September 18, 1996

## STATE OF CONNECTICUT *v.* TRAMLUS COLVIN

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 42 Conn. App. 537 (AC 14186), is granted, limited to the following issue:

"Whether the Appellate Court, under the circumstances of this case, properly ruled that cocaine discovered in the defendant's automobile must be suppressed?"

The Supreme Court docket number is SC 15525.

*Robert J. Scheinblum,* deputy assistant state's attorney, in support of the petition.

*Terence P. Sexton,* in opposition.

Decided September 18, 1996

## THOMAS P. MAZUROSKI *v.* JAMES A. HERNOVICH

The plaintiff's petition for certification for appeal from the Appellate Court, 42 Conn. App. 574 (AC 14636), is denied.

*John K. McDonald,* in support of the petition.

*Thomas A. Kaelin,* in opposition.

Decided September 18, 1996